**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES,

Plaintiff,

v.

BIENVILLE PARISH SCHOOL BOARD, *et al.*,

Defendants.

Case No. 5:66-cv-12177

Judge S. Maurice Hicks, Jr.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss this action with prejudice.

Dated: August 17, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
United States
Civil Rights Division

PETER FEAMAN
Senior Counsel

*/s/ John P. Mertens**
JOHN MERTENS
Acting Chief
Educational Opportunities Section
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 532-3893
John.Mertens@usdoj.gov

*Counsel for the United States*
**Motion to enroll pending*

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/ Morgan Brungard**
MORGAN BRUNGARD (LA 40298)
Deputy Solicitor General

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 324-9866
BrungardM@ag.louisiana.gov

JOHN RICHARD BLANCHARD* (LA 37036)
Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP
2431 S. Acadian Thruway, Suite 600
Baton Rouge, LA 70808
Telephone: (225) 923-3462

*Counsel for Defendants*
**Motions to enroll pending*